ACCEPTED
03-13-00403-CR
5414687
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 12:04:40 PM
JEFFREY D. KYLE
CLERK



May 26, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/26/2015 12:04:40 PM
JEFFREY D. KYLE
Clerk

Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

**Re:** **Joseph Timothy Shimko v. State of Texas**
**No. 03-13-00403-CR**

Dear Mr. Kyle:

I'm sending this letter in order to certify my compliance with Tex. R. App. Proc. 48.4. On May 21, 2015, I mailed Mr. Shimko a copy of the opinion and judgment, along with notifying him about his right to file a petition for discretionary review within 30 days of the issuance of the opinion. I've enclosed a copy of the return receipt on the certified letter that was mailed to Mr. Shimko.

Please let me know if you need any further information from me.

Sincerely,

Chris Perri

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tim Shimko
c/o La Hacienda
5330 Hudson Bend Rd, Cabin A-11
Austin, TX 78734

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  5-23-13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number          7014 2120 0000 6040 2683
   (Transfer from service label)

PS Form 3811, July 2013          Domestic Return Receipt